UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

DISABLED PATRIOTS OF AMERICA, INC.,
and BONNIE KRAMER,

        Plaintiffs,

vs.

CASE NO.: 1:07-cv-1591
JUDGE SOLOMON OLIVER, JR.

SHEFFIELD ENTERPRISES, LTD, and
SHEFFIELD ENTERPRISES II, LTD.,

        Defendant.
_____/

## FINAL ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the Stipulation for Voluntary Dismissal with Prejudice, filed herein by the Parties.  The Court has carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Stipulation for Voluntary Dismissal with Prejudice filed herein by the Parties be and the same is hereby approved, adopted and ratified by the Court;

2.    The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

3.    The Court hereby retains jurisdiction of the above-styled cause to enforce the settlement agreement; and

4.    To the extent not otherwise disposed of herein, all pending motions are hereby **DENIED** as moot.

**DONE AND ORDERED** this __29TH__ day of __February__, 2008.

        /s/SOLOMON OLIVER, JR.
        _____
        **UNITED STATES DISTRICT JUDGE**